The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

JOHNESHA THOMPSON

Case Number:  19-mj-00077 AC

**BAIL MOTION**

**DATE: 5-30-19**
**TIME: 2 PM**
**DEPT: Hon. Debra Barnes**

TO: McGREGOR SCOTT, U.S. Attorney, and David Spenceer, Asst. U.S. Attorney:

PLEASE TAKE NOTICE that on May 30, 2019, at 2:00 p.m., before Magistrate Judge Debra Barnes, defendant, JOHNESHA THOMPSON, by and through her attorney Olaf Hedberg, will move the court to reopen her detention hearing in order to obtain release pending her trial in accordance with the Bail Reform Ace, 18 U.S.C. section 3141, et seq.

At Ms. Thompson's initial appearance was on May 16, 2019. At that time the Hon. Carolyn Delaney ruled that the $25,000 unsecured bond offered was not sufficient. She also indicated that Ms. Thompson could return if additional sureties were located.

1

Since that hearing Counsel has spoken with Ms. Thompson's grandmother, Dorothea Adair. Ms. Adair indicated that she owns a home in Oakland, and that she would be willing to post that property to secure M. Thompson's release.

Therefore, Ms. Thompson moves to re-open her detention hearing pursuant to 18 U.S.C. section 3142(f)((2)(B)[1], as she wishes to present additional arguments and information not available to her attorney back on May 16, 2019.

Defendant therefore respectfully requests that the Court schedule a bail motion at the above requested time for Johnehsa Thompson.

Dated: *May 28, 2019*          *Olaf W. Hedberg*
                                Olaf W. Hedberg

---

[1] "The hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."